UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Jason Smith
                              Plaintiff,

v.                                        Case No.: 1:18−cv−08075
                                        Honorable Gary Feinerman

Timothy Evans, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Defendants' motion for leave to file AFSCME Defendants' motion to dismiss instanter [59] is granted. AFSCME Defendants' motion to dismiss [55] is entered and continued. Plaintiff shall respond to the AFSCME motion by 3/19/2019; AFSCME reply due by 4/2/2019. Motion hearings set for 2/25/2019 [58] and [60] are stricken. The status hearing set for 2/25/2019 [17] is stricken and re−set for 3/18/2019 at 9:00 a.m.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.